# United States District Court
## Southern District of Georgia

SAUL JEAN,    JUDGMENT IN A CIVIL CASE

v.    CASE NUMBER: 4:25-CV-00175

OFFICER SAMUEL JOHNSON, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated November 4, 2025, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Complaint is dismissed. This case stands closed.



| 11/4/2025 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Ann Duke, Deputy Clerk |